# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUALTRICS, LLC,<br>　　Plaintiff, | : <br> : <br> : <br> : | CIVIL ACTION <br><br> No. 25-cv-630 |
| v. | : <br> : | |
| TEMPLE UNIVERSITY HEALTH SYSTEM, INC.,<br>　　Defendant. | : | |

## **ORDER**

AND NOW, this 6th day of August, 2025, upon consideration of Defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint (ECF No. 26), and all responses thereto, for the reasons articulated in the accompanying Memorandum, it is hereby **ORDERED** that said Motion is **DENIED.**

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ John Milton Younge
　　　　　　　　　　　　　　　　　　　　**Judge John Milton Younge**